MAR 23 '26 PM 1:55
FILED - USDC FLO SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Jeffrey David Cook

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Jan Bromell-Holmes

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 4:26-cv-1241-JD-MGB

*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.    The Parties to This Complaint

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jeffrey David Cook |
| Street Address | 312 Kessinger Dr |
| City and County | Myrtle Beach, Horry County |
| State and Zip Code | SC, 29575 |
| Telephone Number | (909) 531-1157 |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jan Bromell-Holmes |
| Job or Title (if known) | Judge |
| Street Address | 1301 Second Ave |
| City and County | Conway, Horry County |
| State and Zip Code | SC 29526 |
| Telephone Number | (843) 915-5080 |

☒ Individual capacity          ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | _____ |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

☐ Individual capacity          ☐ Official capacity

Defendant No. 3

2

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| ☐ Individual capacity | ☐ Official capacity |

Defendant No. 4

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| ☐ Individual capacity | ☐ Official capacity |

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☒   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Discrimination against race, sex, and disability. Refusal to uphold state law to protect a disabled child from a person who was proven to sexually abuse the child. Intentional delay of proceedings resulting in further child endangerment. Violation and refusal to act in accordance with UCCJEA and PKPA. Any dismissal or refusal

Conway, SC 29526

B.    What date and approximate time did the events giving rise to your claim(s) occur?

December 10, 2025

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Defendant made statements implying that a woman or mother had more rights to a child and would be better equipped at caring for and raising said child, while holding evidence proving beyond a doubt that a Judge in Utah found the other party guilty of sexually abusing the child, and refused to protect that child from the party guilty of sexual abuse. These violations are on recorded during the hearing.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff has been under emotional distress, anxiety, mental anguish, severe stress, and duress. the symptoms began in May 2025 when the child was forcibly and illegally removed from the home by a person guilty of sexually abusing the child. these symptoms have worsened since filing of case number 2025-DR-26-1708 in July 2025, and further worsened due to the refusal to act, and discrimination imposed by Defendant. I have been in great fear for my child's safety, as well as the inability to perform my duties as a parent to protect my child because of the actions and statements by Defendant during the course of this case. Her disgraceful and disgusting actions have done nothing but drive me into a further depression and heightened anxiety while further endangering my special needs child because of her bias against men, white Americans, and disabled children.

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Punitive damages in the amount of $1,000,000.00 for the 10 months I have had to endure without my child while in fear for his life and safety, and an additional $300,000.00 for the birthday and holidays I missed with my disabled child due to Defendant. Immediate termination and loss of pension to Jan Bromell-Holmes.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          March 22, 2026.

Signature of Plaintiff _____

Printed Name of Plaintiff.              Jeffrey David Cook

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
Telephone Number          _____
E-mail Address            _____

6